IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROGELIO CARLOS, III and<br>MYRNA CARLOS<br>*Plaintiffs*<br><br>v.<br><br>CARLOS CHAVEZ, VIRGILIO GONZALEZ;<br>JAMES YBARRA; MARK DELGADO;<br>CITY OF SAN ANTONIO;<br>SAN ANTONIO POLICE DEPARTMENT;<br>and DETECTIVE JOHN DOE,<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br><br><br>NO. SA-16-CV-0251-FB |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs and Defendants, NATIONAL NEUROMONITORING SERVICES, L.L.C.; NEURODIAGNOSTICS AND NEUROMONITORING INST., INC.; SOUTH TEXAS NEUROMONITORING; and MARIBEL GOMEZ, and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, as to Defendants, NATIONAL NEUROMONITORING SERVICES, L.L.C.; NEURODIAGNOSTICS AND NEUROMONITORING INST., INC.; SOUTH TEXAS NEUROMONITORING; and MARIBEL GOMEZ, only.

_____    6/13/19
Phillip G. Bernal                    Date
SBN: 02208758
KETTERMAN, ROWLAND & WESTLUND
16500 San Pedro Ave #302
San Antonio, Texas 78232
Telephone: (210)490-4357
Email: brian@krwlawyers.com
Email: phil@krwlawyers.com

*And*

Kirk L. Pittard
SBN:
Thad D. Spalding
SBN:
KELLY, DURHAM & PITTARD, LLP
2223 W. Jefferson Blvd.
Dallas, Texas 75208
Telephone: (214)946-8000
Email: kpittard@texasappeals.com
Email: tspalding@kdplawfirm.com

*Attorneys for Plaintiffs*

_____         7/16/19
Lisa A. Rocheleau                 Date
SBN: 00791546
John A. Fuentes
SBN: 24012662
BOONE, ROCHELEAU & RODRIGUEZ, P.L.L.C.
17339 Redland Road, Ste. 100
San Antonio, TX 78247
Telephone: (210)761-2040
Telecopier: (210)761-2048
Email: lrocheleau@br-lawfirm.com
*Attorneys for Defendants,*
*National Neuromonitoring Services, L.L.C.;*
*Neurodiagnostics and Neuromonitoring Inst., Inc.;*
*South Texas Neuromonitoring; and*
*Maribel Gomez*

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I hereby certify that on this the 16th day of July, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record as listed below:

Brian C. Steward
Phillip G. Bernal
Ketterman, Rowland & Westlund
Email: brian@krwlawyers.com
Email: phil@krwlawyers.com
*Counsel for Plaintiffs*

Kirk L. Pittard
Thad D. Spalding
Kelly, Durham & Pittard, LLP
Email: kpittard@texasappeals.com
Email: tspalding@kdplawfirm.com
*Counsel for Plaintiffs*

Nathan Mark Ralls
Hoblit Darling Ralls Hernandez & Hudlow, LLP
Email: mralls@hdr-law.com
*Counsel for Co-Defendants,*
*Carlos Chavez, Virgilio Gonzalez,*
*James Ybarra, Mark Delgado, and John Doe*

Mark Kosanovich
Fitzpatrick & Kosanovich, PC
Email: markkosanovich@yahoo.com
*Counsel for Co-Defendants,*
*City of San Antonio and San Antonio Police Department*

Robert R. Biechlin, Jr.
Thornton, Biechlin, Reynolds & Guerra, LLC
Email: rbiechlin@thorntonfirm.com
*Counsel for Co-Defendant,*
*William VanNess, M.D.*

LISA A. ROCHELEAU
JOHN A. FUENTES

3