IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ROGELIO CARLOS, III and MYRNA CARLOS, §
§
    Plaintiffs, §
§
VS. §   CIVIL CAUSE NO. SA-16-CA-0251-FB
§
CARLOS CHAVEZ, VIRGILIO GONZALEZ, §
JAMES YBARRA, MARK DELGADO, CITY §
OF SAN ANTONIO, SAN ANTONIO POLICE §
DEPARTMENT and DETECTIVE JOHN DOE, §
NATIONAL NEUROMONITORING SERVICES, §
LLC, NEURODIAGNOSTICS AND §
NEUROMONITORING INST., INC., SOUTH §
TEXAS NEUROMONITORING, §
WILLIAM VANNESS and MARIBEL GOMEZ, §
§
    Defendants. §

## <u>ORDER GRANTING MOTION TO ENTER FINAL JUDGMENT AND TO SEVER</u>

Before the Court is Defendant William VanNess, M.D.'s Motion to Enter Final Judgment Under Rule 54(b) and Sever filed February 11, 2021 (docket #293). Defendant VanNess contends this Court should grant his Motion for Final Judgment under Rule 54(b) because: (1) all of the health care liability claims against him were dismissed on March 31, 2020 (docket #291), and there are no other health care liability claims remaining in this case; (2) plaintiffs' remaining alleged causes of action are against police officers Carlos Chavez, Virgilio Gonzalez and Detective John Doe ("Police Defendants") for claims under the Fourth and Fourteenth Amendments for allegedly subjecting plaintiff, Rogelio Carlos III, to excessive force; and (3) the claims dismissed against him are completely separable from the remaining claims to be adjudicated against the remaining Police Defendants. Defendant VanNess maintains that as a result of the distinct and separable claims between him and the remaining Police Defendants, no appellate court will have to decide the same issues more than once, should plaintiffs appeal, even if there are subsequent appeals. Defendant VanNess further

explains that hardship and injustice results to him as a defendant in a lawsuit which has not yet been finalized. Specifically, although the Court has dismissed him as an individually named party defendant from the instant litigation, he has not been able to represent to third parties such as licensing agencies, specialty boards, and credentialing entities that a final non-pending judgment exists in his favor. Therefore, he will be continue to be negatively affected until the judgment becomes final.  In addition, the time for final resolution of this case is uncertain given the current COVID-19 pandemic situation and its resulting delay of civil cases going to trial.  Therefore, Dr. VanNess moves the Court to enter final judgment for him and against Plaintiffs Rogelio Carlos, III, and Myrna Carlos, that Plaintiffs take nothing by their suit against him, and that all claims against him are dismissed with prejudice.  In addition, Defendant VanNess asks that the Court sever all claims against him from the other parties in this case and order the Clerk of Court to assign a new cause number to the severed case so that judgment as to him might be finalized.  No opposition or response to the motion has been received. The Court finds the unopposed motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that Defendant William VanNess, M.D.'s Motion to Enter Final Judgment Under Rule 54(b) and Sever (docket #293) is GRANTED such that the Clerk of Court is ORDERED to sever the action against defendant William VanNess from the case pending against any and all of the other named defendants.  A new case number shall be assigned to the severed cause of action styled *Rogelio Carlos, III and Myrna Carlos v. William VanNess, M.D.*, the final judgment attached hereto shall be filed in the severed cause of action, and then the severed cause of action shall be CLOSED.

It is so ORDERED.

SIGNED this 21st day of April, 2021.

FRED BIERY
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROGELIO CARLOS, III and MYRNA CARLOS, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-21-CA-_____-FB |
| WILLIAM VANNESS, M.D., | § § | |
| Defendant. | § | |

## J U D G M E N T

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Accepting Report and Recommendation of the United States Magistrate Judge filed in cause number SA-16-CA-251-FB (docket #291) on March 31, 2020,[1]

It is hereby ORDERED, ADJUDGED and DECREED that the Report and Recommendation of the United States Magistrate Judge filed on February 21, 2020 (docket #274 in SA-16-CA-251-FB), is ACCEPTED such that Dr. VanNess' Motion for Summary Judgment (docket #201) is GRANTED such that all claims and the case against him are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that motions pending, if any, are also DISMISSED, and this case is CLOSED.

It is so ORDERED.

SIGNED this 21st day of April, 2021.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[1] On April 21, 2021, this Court granted Defendant William VanNess, M.D.'s Motion to Enter Final Judgment Under Rule 54(b) and Sever in order to enter this final judgment as to defendant William VanNess, M.D.