IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

APR 17 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
             DEPUTY CLERK

| | |
|---|---|
| ROGELIO CARLOS, III, also known as ROGER CARLOS, § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL CAUSE NO. SA-16-CV-0251-FB |
| § § | |
| CARLOS CHAVEZ; VIRGILO GONZALEZ, also known as VIRGIL GONZALEZ; and DETECTIVE JOHN DOE, § § § § § § | |
| Defendants. § | |

## VERDICT OF THE JURY

WE, THE JURY, FIND THE FOLLOWING:

   QUESTION NO. 1:  Do you find that Plaintiff has proven by a preponderance of the evidence that on May 20, 2014, any of those listed below used excessive force in violation of Plaintiff Rogelio (Roger) Carlos's federal constitutional rights?

   ANSWER "Yes" or "No":

   CARLOS CHAVEZ:        Yes

   VIRGILO GONZALEZ:     No

   DETECTIVE JOHN DOE:   Yes

   If you answered "Yes" to any of those listed in Question No. 1, answer Question No. 2.

   If you answered "No" to all of those listed in Question No. 1, your verdict is complete and the presiding juror should sign and date the verdict form and notify the Court Security Officer.

**QUESTION NO. 2:** Do you find that Plaintiff has proven by a preponderance of the evidence that no reasonable officer could have believed that the force used by the Defendants listed below on Plaintiff Rogelio (Roger) Carlos was lawful, in light of clearly established law and the information that Defendants possessed at the time?

**ANSWER "Yes" or "No":**

**CARLOS CHAVEZ:** Yes

**VIRGILO GONZALEZ:** No

**DETECTIVE JOHN DOE:** Yes

Your verdict is now complete. The presiding juror should sign and date the verdict form and notify the Court Security Officer.

4-17-2024
Date

[signature redacted]
PRESIDING JUROR

Page 2 of 2